QUIN DENVIR, Bar #49374
Federal Defender
MARY M. FRENCH, Bar #126643
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONEES AHMAD ANSARI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-421 LKK |
| Plaintiff, | ) | |
| | ) | ORDER FOLLOWING HEARING |
| v. | ) | |
| MONEES AHMAD ANSARI, | ) | |
| Defendants. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

      This matter came on for Status regarding Trial-Confirmation Hearing on November 15, 2005 in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Mary Grad, appearing on behalf of Matthew Stegman.  Defendant Monees Ahmad Ansari was represented by his counsel, Assistant Federal Defender Mary French.

      Defense counsel indicated to the Court that this case involves a large amount of discovery and requested that the jury trial be vacated and the matter continued for status conference on December 13, 2005 at 9:30 a.m..

      On agreement of all parties, the matter was continued to December 13, 2005 at 9:30 a.m. and the jury trial date of December 6, 2005 was vacated.

1    IT IS ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)

2  and Local Code T4, the period from November 15, 2005 to and including December 13, 2005 is excluded

3  from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

4  Dated: December 9, 2005

```
                                        /s/ Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        United States District Judge
```