```
QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONEES AHMAD ANSARI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-421 LKK |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| MONEES AHMAD ANSARI, | ) Date: January 18, 2006 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of December 13, 2005 be vacated and a new Status Conference hearing date of January 18, 2006 at 9:30 a.m. be set.

This continuance is being requested because the defense is investigating the mental health issues and medical background relating to this case.

It is further stipulated that the period from December 13, 2005 through and including January 18, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2  Dated: December 12, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          MONEES AHMAD ANSARI

9

10 Dated: December 12, 2005                MCGREGOR W. SCOTT
                                           United States Attorney
11

12                                         /s/  Mary M. French for
                                                Matthew D. Segal
13                                         _____
                                           MATTHEW D. SEGAL
14                                         Assistant U.S. Attorney
                                           per telephonic authorization
15

16                                     **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: December 12, 2005

19                                         /s/ Lawrence K. Karlton
                                           LAWRENCE K. KARLTON
20                                         United States District Judge

21

22

23

24

25

26

27

28

Stip & Order                               2