```
 1  DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MONEES AHMAD ANSARI
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )  No. CR-S-05-421 LKK
                                 )
13                  Plaintiff,   )
                                 )  ORDER FOLLOWING HEARING
14       v.                      )
                                 )
15  MONEES AHMAD ANSARI,         )
                                 )
16                  Defendants.  )  Judge: Hon. Lawrence K. Karlton
                                 )
17  _____ )
18
```

19     This matter came on for Status Conference on January 18, 2006 in
20 the courtroom of the Honorable Lawrence K. Karlton, United States
21 District Court Judge.  The government was represented by its counsel,
22 Assistant United States Attorney Matthew Segal, appearing on behalf of
23 Matthew Stegman.  Defendant Monees Ahmad Ansari was represented by his
24 counsel, Assistant Federal Defender Mary French.

25     Defense counsel indicated to the Court that the prison had been
26 giving Mr. Ansari the wrong medication (anti-psychotic medication) for
27 22 days and stated she will be requesting a written explanation as to
28 what exactly occured.

1   On agreement of all parties, the matter was continued to
2   February 7, 2006 at 9:30 a.m. for further status conference.
3   IT IS ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)
4   and Local Code T4, the period from January 18, 2006 to and including
5   February 7, 2006 is excluded from the time computations required by the
6   Speedy Trial Act due to ongoing preparation of counsel.
7   Dated: January 26, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
United States District Judge

Order Following Hearing                     2