1   DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
2
    MARY M. FRENCH, Bar #126643
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6   Attorney for Defendant
    MONEES AHMAD ANSARI
7

8

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       )  No. CR-S-05-421 LKK
                                    )
13                   Plaintiff,     )
                                    )  STIPULATION AND ORDER
14       v.                         )  CONTINUING STATUS CONFERENCE
                                    )
15  MONEES AHMAD ANSARI,            )  Date:  February 14, 2006
                                    )  Time:  9:30 a.m.
16                   Defendant.     )  Judge: Hon. Lawrence K. Karlton
                                    )
17  _____ )

18       It is hereby stipulated between the parties, Matthew D. Segal,

19  Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20  French, attorney for defendant, that the status conference hearing date

21  of February 7, 2006 be vacated and a new Status Conference hearing date

22  of February 14, 2006 at 9:30 a.m. be set.

23       This continuance is being requested because the parties are

24  discussing a proposed plea agreement toward resolution of the case and

25  time is needed to finalize the terms of the agreement and present it

26  in written form.

27       It is further stipulated that the period from February 7, 2006

28  through and including February  14, 2006 should be excluded pursuant to

1   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

2   counsel and defense preparation.

3   Dated: February 3, 2006

4                                    Respectfully submitted,

5                                      QUIN DENVIR

6                                      Federal Defender

7                                      /s/ Mary M. French

8                                      _____

                                       MARY M. FRENCH

                                       Assistant Federal Defender

9                                      Attorney for Defendant

                                       MONEES AHMAD ANSARI

10

11   Dated: February 3, 2006           MCGREGOR W. SCOTT

                                       United States Attorney

12

13                                      /s/  Mary M. French for

                                          Matthew D. Segal

14                                      _____

15                                      MATTHEW D. SEGAL

                                       Assistant U.S. Attorney

16                                      per telephonic authorization

17                                  **ORDER**

18   **IT IS SO ORDERED.**

19   Dated: February 3, 2006

20                                    /s/ Lawrence K. Karlton

                                     HONORABLE LAWRENCE K. KARLTON

21                                    United States District Judge

22

23

24

25

26

27

28