DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONEES AHMAD ANSARI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-421 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| MONEES AHMAD ANSARI, | ) | Date:  March 7, 2006 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

   It is hereby stipulated between the parties, Matthew D. Segal, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference hearing date of February 14, 2006 be vacated and a new Status Conference hearing date of March 7, 2006 at 9:30 a.m. be set.

   This continuance is being requested because the parties are conducting additional discussions in regard to a proposed plea agreement toward resolution of the case and time is needed to finalize the terms of an agreement and present it in written form.

   It is further stipulated that the period from February 14, 2006 through and including March 7, 2006 should be excluded pursuant to 18

1  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: February 10, 2006

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
MONEES AHMAD ANSARI

Dated: February 10, 2006        MCGREGOR W. SCOTT
                                United States Attorney


                                /s/  Mary M. French for
                                     Matthew D. Segal
                                _____
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney
                                per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: February 10, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
United States District Judge

Stip & Order                                    2