DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARY M. FRENCH, Bar #126643
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MONEES AHMAD ANSARI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-421 LKK |
| Plaintiff, | |
| v. | ORDER FOLLOWING HEARING |
| MONEES AHMAD ANSARI, | |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

This matter came on for Status Conference on March 7, 2006 in the courtroom of the Honorable Lawrence K. Karlton, United States District Court Judge. The government was represented by its counsel, Assistant United States Attorney Kym Smith, appearing on behalf of Matthew Stegman. Defendant Monees Ahmad Ansari was represented by his counsel, Assistant Federal Defender Mary French.

Defense counsel requested additional time to iron out details of a plea.

On agreement of all parties, the matter was continued to March 21, 2006 at 9:30 a.m. for further status conference.

1   IT IS ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)
2  and Local Code T4, the period from March 7, 2006 to March 21, 2006 is
3  excluded from the time computations required by the Speedy Trial Act
4  due to ongoing preparation of counsel.
5  Dated: March 10, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
United States District Judge