Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Monees Ahmad ANSARI |
| **Docket Number:** | 2:05CR00421-01 |
| **Offender Address:** | New Cumberland, Pennsylvania |
| **Judicial Officer:** | Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/06/2006 |
| **Original Offense:** | 18 USC 2262(a)(1) -Interstate Violation of Protection Order (CLASS D FELONY) |
| **Original Sentence:** | 30 months custody Bureau of Prisons; 36 month Term of Supervised Release; $2,682.63 restitution; $100 special assessment. |
| **Special Conditions:** | Search; Correctional treatment, testing, and co-payment services; Mental health treatment; DNA collection; No contact (directly or indirectly) with victim, Heidi McKinsey, or her children, and must stay at least 100 yards away from Ms. McKinsey and her children, their residence, jobs, workplaces, vehicle, and the children's schools or child care. |
| **Type of Supervision:** | Term of Supervised Release |
| **Supervision Commenced:** | 10/20/2007 |
| **Assistant U.S. Attorney:** | Matthew C. Stegman    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Mary M. French    **Telephone:** (916) 498-5700<br>Assistant Federal Defender |
| **Other Court Action:** | None |

**RE:   Monees Ahmad ANSARI**
      **Docket Number:  2:05CR00421-01**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As instructed by the U. S. Probation Officer: You shall reside and participate in a program of the Residential Re-entry Center for a period not to exceed 180 days from admission or until released by the center director or the U. S. Probation Officer. You shall abide by all the rules and regulations of said facility.

The defendant shall reside in a residence approved, in advance, by the probation officer. Any changes in the residence must be pre-approved by the probation officer.

Any change in employment must be pre-approved by the probation officer.

**Justification:**   The releasee is currently being supervised by the United States Probation Office in the Middle District of Pennsylvania. The releasee has been residing in the home of his parents. However, his parents have recently retired and have relocated to Round Mountain, Texas. The releasee has requested permission to relocate with his parents to this area. However, Round Mountain is located in a remote area where employment, independent housing, and transportation opportunities are limited. Based on these facts, the probation officer in the Western District of Texas has developed a plan wherein the releasee would reside at the Residential Re-entry Center (RRC) in Austin, Texas, for a period of up to 180 days, which would allow the releasee to establish full-time employment and an independent living situation. The releasee's parents have indicated they will be providing emotional and financial support for their son during this time. The releasee is in agreement with this plan and has executed the Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release. Once this modification has been approved, the releasee will be given permission to relocate to the Western District of Texas.

RE: Monees Ahmad ANSARI
Docket Number: 2:05CR00421-01
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**
Telephone: (916) 786-2947

**DATED:** February 5, 2009
Roseville, California
RAE:jc

---

**THE COURT ORDERS:**

( ✔ )   Modification approved as recommended.

(  )   Modification not approved at this time. Probation Officer to contact Court.

(  )   Other:

February 11, 2009
**Date**                                                **Signature of Judicial Officer**

cc: United States Probation
Matthew C. Stegman, Assistant United States Attorney
Mary M. French, Assistant Federal Defender
Defendant
Court File